UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JEAN EXANTUS,
    Petitioner

    V.                CIVIL ACTION NO. 05-10700-DPW

DEPARTMENT OF HOMELAND SECURITY,
    Respondents

### ORDER

WOODLOCK, District Judge

    The Clerk of this Court is hereby ordered to serve a copy of the **Petition for a Writ of Habeas Corpus and Motion for Stay of Removal,** by mailing a copies of same, certified mail, to the Respondents.

    It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON MAY 13, 2005,** file a dispositive motion, or other responsive pleading, if a dispositive motion is not appropriate, to the Petition for a Writ of Habeas Corpus.

    The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state or other remedies with respect to the matters raised by the Petition.

                              BY THE COURT,

                              <u>/s/ Michelle Rynne</u>

                              Deputy Clerk

DATED: April 13, 2005