UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEAN EXANTUS,                        )
                                     )
            Petitioner               )
                                     )        Civil Action No.
        v.                           )        05cv10700-DPW
                                     )
DEPARTMENT OF HOMELAND SECURITY,)
                                     )
            Respondent[1]            )


MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R.
Civ. P. Rules 12(b)(1) and 12(b)(6) for lack of subject matter
jurisdiction and for failure to state a claim upon which relief
may be granted.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:  s/Frank Crowley
                 FRANK CROWLEY
                 Special Assistant U.S. Attorney
                 Department of Homeland Security
                 P.O. Box 8728
                 J.F.K. Station
                 Boston, MA 02114
                 (617) 565-2415

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the
Department of Justice "to attend to the interests of the United
States in a suit pending in a court of the United States").

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on May 9, 2005.

<u>s/Frank Crowley</u>
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114