```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

JEAN EXANTUS,                   )
                                )
          Petitioner            )
                                )       Civil Action No.
     v.                         )       05cv10700-DPW
                                )
DEPARTMENT OF HOMELAND SECURITY,)
                                )
          Respondent            )
```

MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS
PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005

Respondent[1] moves to transfer this action to the First Circuit Court of Appeals pursuant to the command of section 106(c) of the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005)(enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA").

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                           By:  s/Frank Crowley
                                       FRANK CROWLEY
                                       Special Assistant U.S. Attorney
                                       Department of Homeland Security
                                       P.O. Box 8728
                                       J.F.K. Station
                                       Boston, MA 02114
                                       (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

## Certification Under L.R. 7.1(A)(2)

The undersigned counsel for respondent certifies that he attempted unsuccessfully to confer with counsel for petitioner in good faith to resolve or narrow the issue(s).

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on June 3, 2005.

> s/Frank Crowley
> FRANK CROWLEY
> Special Assistant U.S. Attorney
> Department of Homeland Security
> P.O. Box 8728
> J.F.K. Station
> Boston, MA 02114