

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**                                                                 **RE:** Transfer of Petition Pursuant to
                                                                        the Real ID Act of 2005.

U.S. Court of Appeals                                                   CIVIL ACTION #.   05-10700-DPW
1 Courthouse Way
Boston, Ma 02110                                                        CRIMINAL #.


Dear Clerk:

   Please be advised that an order transferring the above entitled action to your court was entered on _____ 6/20/05 _____ by the Honorable Judge Woodlock.

   The following documents are included in our file and transmitted herewith:

   (X)   Certified copy of the docket entries;

   (X)   Certified copy of the transferral order;

   (X)   Original documents numbered   1

   ( )   _____

   Kindly acknowledge receipt of the above on the copy of this letter.

                                                                        Respectfully,

                                                                        SARAH THORNTON
                                                                        CLERK OF COURT

Date:   6/23/05                                                         By: /s/ Richard Nici
                                                                             Deputy Clerk


cc:   Counsel, File

_____

   The documents listed above were received by me on _____ and assigned the

following case number: _____.

                                                                        By:_____
                                                                             Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)